COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| MARTHA BAÑUELOS CANALES, | § | No. 08-22-00098-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law #4 |
| BENITO MARTINEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-CCV00232) |

# **O R D E R**

The Court has granted Appellant's correspondence filed on September 2, 2022, which has been construed as a motion for rehearing. It is therefore ordered that the opinion and judgment dated August 30, 2022 are hereby withdrawn.

Further, the reporter's record is due thirty (30) days from the date of this order. If there is no reporter's record the Appellant's brief is due thirty (30) days from the date of this order.

IT IS SO ORDERED THIS 20TH DAY OF SEPTEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.